Industrial Glass Company, appellant, v. George A. Kelso, appellee. Gen. No. 31,681.

Action for building material furnished. Appeal from order setting aside default judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the

March term, 1927. Reversed and remanded with directions. Opinion filed November 23, 1927.

A. S. and E. W. Froehlich, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.